## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,

     Debtor.

---------------------------------------------

Randall L. Seaver, Trustee,           ADV No. 09-_____

     Plaintiff,

vs.           **COMPLAINT**

Dennis E. Hecker,

     Defendant.

---------------------------------------------

Randall L. Seaver, Trustee ("**Trustee**") of the Bankruptcy Estate of Dennis E. Hecker ("**Debtor**") as and for his Complaint against Defendant Dennis E. Hecker ("**Defendant**"), states and alleges as follows:

1. Trustee is the duly appointed Chapter 7 Trustee of the bankruptcy estate of the Debtor.

2. This bankruptcy case was commenced on June 4, 2009, by the filing of a voluntary Chapter 7 petition.

3. This adversary proceeding is a core proceeding within the meaning of 28 U.S.C. §157 and 1334 and Bankruptcy Rule 5005. This proceeding arises under 11 U.S.C. §§521(a)(4), 541 and 542.

4. The Debtor's schedules in this case were not filed until the night of July 1, 2009.

5. The Debtor's schedule B, at Exhibit B(7), a copy of which is attached hereto as Exhibit A, disclosed the existence of watches, including four Rolex watches, and a wedding band having total scheduled values of $59,000.

6. On July 3, 2009, the Trustee, by e-mail correspondence to the Debtor's attorney, requested that all items identified at Exhibit B(7) be turned over to the Trustee on July 7, 2009. None of the items on Exhibit A have been turned over to the Trustee.

7. The Trustee believed that the items on Exhibit A were insured.

8. The Trustee had requested various documents from the Debtor and on July 9, 2009, some of those documents were delivered. Some of the documents seemed to indicate that the Debtor had attempted to, or had, canceled insurance on the jewelry. The Debtor had not notified the Trustee of this action or attempted action.

9. Included in the documents requested by the Trustee, and received on July 9, were insurance policy schedules for jewelry items. That schedule indicated the existence of a men's gold and diamond ring and a men's gold and diamond bracelet, neither of which were listed in schedule B(7). The items are described in the Schedule of Items attached hereto as Exhibit B. Those two items had an insured value of in excess of $10,000. (The items that appeared to be women's jewelry have been redacted from this Exhibit 2.) The insurance schedule of items also listed 8 Rolex watches, which appear to be men's watches and described at items 5, 6, 7, 8, 19, 28, 29, and 33 of the Schedule of Items attached hereto as Exhibit B. The total of the insured value of the 8 Rolex watches exceeds $260,000.

10. The Debtor's only claimed exemption in all of the above items is a $1,225 claimed exemption in the gold wedding ring, which ring has an insured value of $53,692 and has been scheduled by the Debtor as having a $24,000 value.

11. Pursuant to 11 U.S.C. §§521(a)(4), 541 and 542, the Plaintiff is entitled to immediate possession of these items.

**WHEREFORE**, the Trustee requests a Judgment of the Court:

1. Ordering the Debtor to immediately turnover to the Plaintiff all items identified at Exhibits A and B hereto, together with any other jewelry owned by the Debtor pre-petition which is not listed in those exhibits.

2. For such other and further relief as the court deems just and equitable.

**LEONARD, O'BRIEN SPENCER, GALE & SAYRE, LTD.**

Dated: July 13, 2009

By: /e/ Matthew R. Burton
Matthew R. Burton, #210018
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
Telephone: (612) 332-1030
Facsimile: (612) 332-2740

ATTORNEYS FOR RANDALL L. SEAVER, TRUSTEE

404767

| Watches | Band | Make | Model | Misc. | Lot Value |
|---|---|---|---|---|---|
| yellow 18k | 18K Gold | Rolex | Day Date | | |
| yellow 18k | 18K Gold | Rolex | Daytona | | |
| yellow 18k | 18K Gold | Rolex | Submariner | | $22,400 |
| yellow 18k | Leather | Rolex Cellini | Cellini | | |
| Stainless | Leather | Tudor | Tiger Woods | | |
| *Stainless | Stainless | Yahtmaster | Rolex | | |
| | | | | | |
| Stainless | Leather black | Breitling | Chrono | lookalike | |
| Stainless | Stainless | Breitling | Colt Superdean | | $750 |
| *Stainless | Navy Rubber | Breitling | Chrono | lookalike | |
| | | | | | |
| Stainless | Rubber | Hublot | Big Bang | lookalike | |
| Stainless | Leather | Corum | Joker | | |
| Stainless | Leather | Baume Mercier | Tank | | $8,750 |
| *Rose Gold | Chocolate Rubber | Hublot | Big Bang | | |
| | | | | | |
| Stainless | Rubber | Panerai | Luminor | lookalike | |
| Stainless | Leather | Panerai | Luminor | | |
| Stainless | Stainless | Montblanc | GMT | | $2,500 |
| Stainless | Stainless | Montblanc | Chrono | | |
| Goldplate | Leather | Montblanc | Chrono | | |
| | | | | | |
| Stainless | Leather | Euro Watch Co. | Ganador | | |
| Stainless | Leather | Officin a del tempo | #A26361 | | |
| Stainless | Leather | Damiani | Tank | | $300 |
| Stainless | Leather | Versace | Chrono | | |
| Stainless | Stainless | Versace | | | |
| | | | | | |
| Stainless | Both | Kobold | Automatic | | |
| Stainless | Both | Kobold | Automatic | | |
| BLK Stainless | Rubber | Momo | Chrono | | $150 |
| Stainless | Leather | Chevy logo | | | |
| Stainless | Rubber | Empirio Armani | | | |
| | | | | | |
| Stainless | Yellow Rubber | Techno Marine | | | |
| Stainless | Blue Rubber | Techno Marine | | | |
| Stainless | Black Rubber | Swiss Army | | | $250 |
| Stainless | Stainless | Swiss Army | | | |
| Stainless | Stainless | Swiss Army | | | |
| | | | | | |
| Stainless | Leather | Grimoldi | Borgonvo | | |
| Stainless | Nylon | Nixon | Square | | |
| *Stainless | Rubber | Tommy Bahama | | | $100 |
| Stainless | Stainless | Tommy Hilfiger | | | |
| Stainless | Nylon | Tommy Bahama | | | |
| | | | | | |
| ? | | | Cartier | Travel Clock | $90 |
| | | | | | |
| 18k | Ring | | N/A | Wedding band | $24,000 |



EXHIBIT A

## Schedule of Items

Endorsement Effective Date : 10/29/08     Policy Number: AIG PCG     1132

JEWELRY

| Item Description | Amount Insured |
|---|---|
| 2  ONE GENTS 14KT YELLOW GOLD 7 DIAMOND CLUSTER HEAVY NUGGET RING HAVING AN APPROX TOTAL WT OF 1.00CT | $3,087 |
| 3  1 GENTS 18KT YELLOW GOLD SQUARE LINK BRACELET W/11 CHANNEL SET DIAMONDS HAVING APPROX TOTAL WT OF 1.00CT | $7,387 |
| 5  1 GENTS 18KT YELLOW GOLD ROLEX SUBMARINER OYSTER PERPETUAL DATE WRIST WATCH BLUE DIAL 31 JEWEL MOVEMENT MODEL #R16618889290, S#R387027 | $23,153 |
| 6  1 GENTS 18KT YELLOW GOLD ROLEX SUBMARINER OYSTER PERPETUAL DATE WRIST WATCH BLACK DIAL 31 JEWEL MOVEMENT MODEL #R16618889290, S#R679517 | $23,153 |
| 7  1 GENTS 18KT YELLOW GOLD ROLEX PRESIDENT DAY DATE WRIST WATCH OYSTER PERPETUAL 31 JEWEL MOVEMENT BLACK BAGUETTE DIAL 18KT YELLOW MODEL #R18238888385 | $30,760 |
| 8  ONE GENTLEMEN'S MIDSIZED STAINLESS STEEL ROLEX DATE JUST WATCH | $3,528 |
| 15  1 GENTS 18K YELLOW GOLD DIAMOND WEDDING RING W/17 PRINCESS CUT DIAMONDS 1 LARGER CENTER PRINCESS CUT WEIGHING APPROX 3.51CT 8 PRINCESS CUTS CHANNEL SET ON BOTH SIDE OF LARGER CENTER WEIGHING APPROX 2.40CT TOTAL WT. | $53,692 |
| 19  MEN'S 18KT DAYTONA GOLD ROLEX W/GOLD BRACELET | $13,671 |



EXHIBIT B

| | | |
|---|---|---|
| 28 | MEN'S STAINLESS STEEL YACHT MASTER ROLEX WATCH | $9,371 |
| 29 | ROLEX WATCH PLATINUM MASTER DAY DATE REF#R1894663187274, SERIAL #U735387 | $82,908 |
| 33 | ROLEX DAYTONA MEMO WATCH | $84,562 |

TOTAL JEWELRY AMOUNT COVERED

**FINE ARTS**

| Item Description | Amount Insured |
|---|---|
| 1 CLOCK | $15,000 |

TOTAL FINE ARTS AMOUNT COVERED $15,000

**FURS**

| Item Description | Amount Insured |
|---|---|
| 1 ONE BROWN LEATHER & MAHOGANY MINK JACKET | $3,500 |

TOTAL FURS AMOUNT COVERED $3,500

**MUSICAL INSTRUMENTS**

| Item Description | Amount Insured |
|---|---|
| 1 1985 KAWAI BABY GRAND PIANO MODEL KG-1D S#1568631 | $9,196 |