## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

----------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,

    Debtor.

----------------------------------------------

Randall L. Seaver, Trustee,                          ADV No. 09-5020

    Plaintiff,

vs.

Dennis E. Hecker,

    Defendant.

----------------------------------------------

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

To:    Dennis E. Hecker, and his attorney, Clinton E. Cutler, Fredrikson & Byron, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425.

PLEASE TAKE NOTICE that Randall L. Seaver, Trustee and Plaintiff in the above matter, dismisses this adversary proceeding without prejudice under Bankruptcy Rule 7041(a)(1)(A) incorporating Fed. R. Civ. P. 41.

                                              **LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.**

Dated: July 15, 2009                    By: /e/ Matthew R. Burton
                                                Matthew R. Burton, #210018
                                            100 South Fifth Street, Suite 2500
                                            Minneapolis, Minnesota 55402
                                            Telephone: (612) 332-1030
                                            Facsimile: (612) 332-2740

                                            ATTORNEYS FOR PLAINTIFF

404968